JEAN W. BROWN, Respondent, v. JAMES D. BROWN, Appellant, Impleaded with Another, Defendant.— Order denying application for plaintiff's examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

RICHARD E. ENRIGHT, Respondent, v. JOSEPH E. CORRIGAN, Defendant, Impleaded with LOUIS A. CUVILLIER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.